UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA



FILED
FEB 15 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES OF AMERICA
VS.
Jose De Jesus Barrientos

CASE/CITATION NO. 2:10mj 0357 DAD

ORDER TO PAY

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS:  _____
          _____
          CITY        STATE      ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 2/15/11           _____
                           DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:** Control Date 12/13/11 @ 10:00 AM

( ) Fine: $ _____ and a penalty assessment of $ 10 _____ for a TOTAL AMOUNT OF: $ 10 _____ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
(✓) Community Service  45 hours _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

CENTRAL VIOLATIONS BUREAU      CLERK, USDC                  CLERK, USDC
PO BOX 70939                   2500 TULARE ST., RM. 1501    501 I STREET, STE. 4-200
CHARLOTTE, NC 28272-0939       FRESNO, CA 93721-1322        SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 2/15/11            DALE A. DROZD
                         _____
                         U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                               EDCA-3